IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRACY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | CASE NO. CV 04-476-S-MHW |
| WINCO HOLDINGS, INC., an Idaho ) | |
| corporation, ) | **JUDGMENT** |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

On May 22, 2006, the Court entered a Memorandum Decision and Order which GRANTED the Defendant's motions for summary judgment. Pursuant to that Order, Judgment is hereby entered in favor of the Defendant and the case is dismissed with prejudice.

DATED: May 22, 2006

Honorable Mikel H. Williams
United States Magistrate Judge

**Judgment - Page 1**